UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>**Jasmine Santos**,<br><br>                            Defendant. | Case No.: **23-cr-01043-RSH**<br><br>**JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |

The United States of America's Motion to Dismiss the Information (ECF No. 21), without prejudice, is GRANTED.  The Court dismisses the Information without prejudice.

**IT IS SO ORDERED.**

Dated:  August 30, 2023

_Robert S. Huie_
Hon. Robert S. Huie
United States District Judge